The First National Bank of Inwood, Respondent, v. Henry Kest and Celia Kest, Appellants.— Action on a promissory note. Order granting summary judgment in favor of the plaintiff and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. The defense of conditional delivery is not available to the appellants. (*Mount Vernon Trust Co.* v. *Bergoff*, 272 N. Y. 192; *Rothschild* v. *Manufacturers Trust Co.*, 279 id. 355; *Westchester Trust Co.* v. *Harrison*, 249 App. Div. 828; *Mount Vernon Trust Co.* v. *Oakwood Gardens, Inc.*, 254 id. 686.) Alleging the tender of collateral when demand for payment is made is not necessary to charge an endorser on a note when demand of payment from the maker is expressly waived by the endorser. (*First National Bank* v. *Wood*, 71 N. Y. 405; Neg. Inst. Law, § 144.) Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Thomas M. Fitzpatrick, Appellant, v. Anna B. Fitzpatrick, Respondent.— Action for separation by the plaintiff husband; with counterclaim for a separation by the defendant wife. Order awarding to the defendant $1,000 as an additional counsel fee and for certain disbursements, to be paid within five days after service of copy of order, modified by striking out said provision and in place thereof inserting a provision that plaintiff pay defendant $500 as an additional counsel fee and $167.20 as reimbursement for expenditures, the sum in reimbursement to be paid within five days from the entry of the order hereon, and the sum for counsel fee to be paid when the case is tried. As so modified, the order is affirmed, without costs. There should be a prompt trial and disposition of this action, especially in view of there having been an examination before trial which has made available evidence which is not ordinarily to be obtained for the purpose of fixing permanent alimony in advance of a wife establishing her right to a separation. (*Safrin* v. *Safrin*, 205 App. Div. 628; *Fried* v. *Fried*, 230 id. 708; *Mendel* v. *Mendel*, Id. 869.) Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

Mildred Goldman, Appellant, Respondent, v. Robert J. Goldman, Respondent, Appellant.— Cross-appeals from an order modifying the alimony provisions of a judgment of divorce. Order affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.